In the Matter of the Claim of GRACE E. BROWN, Respondent, against ONONDAGA LITHOLITE COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Decedent was a night watchman and was required to punch time clock every hour from six P. M. to six A. M. He punched the clock at five A. M.

for the last time. At eight o'clock he was dead, on a railroad track about fifty feet from the building which he was watching, having been shot to death. Blood was found on railroad track near by where the body lay. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.